# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:  Kristin A. Ognjanovac aka Kristen A. Joralemon<br>Debtor(s) | CHAPTER 7 |
| Ditech Financial LLC<br>Movant<br>vs.<br>Kristin A. Ognjanovac aka Kristen A. Joralemon<br>Debtor(s) | NO. 17-16955-ref |
| Michael H. Kaliner<br>Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is ORDERED AND DECREED that:

ORDERED THAT: The Motion for Relief from the Automatic Stay is GRANTED.

**Date: December 29, 2017**

_United States Bankruptcy Judge_

cc: See attached service list