United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kristin A. Ognjanovac
    Debtor

Case No. 17-16955-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 29, 2017
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
db          Kristin A. Ognjanovac,    1211 N Cedar Crest Blvd,    Allentown, PA  18104-2832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:22      Synchrony Bank,
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:
        MATTEO SAMUEL WEINER     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        MICHAEL H KALINER     mhkaliner@gmail.com,    pa35@ecfcbis.com
        MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
        MICHAEL J. MCCRYSTAL     on behalf of Debtor Kristin A. Ognjanovac mccrystallaw@gmail.com,
         sueparalegal@gmail.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                           TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:  Kristin A. Ognjanovac aka Kristen A. Joralemon<br>              Debtor(s) | CHAPTER 7 |
| Ditech Financial LLC<br>              Movant<br>     vs. | NO. 17-16955-ref |
| Kristin A. Ognjanovac aka Kristen A. Joralemon<br>              Debtor(s) | |
| Michael H. Kaliner<br>              Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is ORDERED AND DECREED that:

ORDERED THAT: The Motion for Relief from the Automatic Stay is GRANTED.

**Date: December 29, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list