Certificate Number: 13858-PAE-DE-030302111

Bankruptcy Case Number: 17-16955



13858-PAE-DE-030302111

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2017, at 6:25 o'clock PM EST, Kristin Ognjanovac completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 13, 2017              By:    /s/Victor Reyes

                                        Name:  Victor Reyes

                                        Title: Counselor