United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 17-16955-ref
Kristin A. Ognjanovac                                                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2             Date Rcvd: Feb 09, 2018
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db              Kristin A. Ognjanovac,    1211 N Cedar Crest Blvd,    Allentown, PA 18104-2832
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13997655        Bath Borough Authority,    160 Mill St,    Bath, PA 18014-1015
13997656        Borough of Bath,    215 E Main St,    Bath, PA 18014-1597
13997660        Ditech Financial LLC,    3000 Bayport Dr Ste 850,    Tampa, FL 33607-8409
14013305       +Ditech Financial LLC,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13997661        Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13997662       +Hayt, Hayt & Landau, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
13997663        Hayt, Hayt & Landau, LLC,    123 S Broad St Ste 1660,    Philadelphia, PA 19109-1003
13997666        MDJ 03-2-08,    Honorable John C. Capobianco,    136 S Main St,    Nazareth, PA 18064-2015
13997667        MDJ-31-2-02,    3404 Hamilton Blvd,    Allentown, PA 18103-4539
13997665        McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
13997669        Northampton Regional EMS,    PO Box 90,    Danville, PA 17821-0090
13997671        Prothonotary, CCP-Lehigh County,    Case No. 2017-N-0702,    455 Hamilton St,
                 Allentown, PA 18101-1602
13997672        Prothonotary, CCP-Northampton County,    Case No. C48-CV-2017-4866,    669 Washington St,
                 Easton, PA 18042-7401
13997673        Rebecca A. Solarz, Esquire,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
13997675        St. Luke's Physician Group,    PO Box 25837,    Salt Lake City, UT 84125-0837
13997676       +St. Lukes Hospital,    attn.: Patient Accounting,    801 Ostrum St,    Bethlehem, PA 18015-1065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 10 2018 01:35:43      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2018 01:35:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2018 01:35:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13997653        EDI: GMACFS.COM Feb 10 2018 01:28:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
13997654        EDI: TSYS2.COM Feb 10 2018 01:28:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
13997657        EDI: CAPITALONE.COM Feb 10 2018 01:28:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13997658        EDI: CHASE.COM Feb 10 2018 01:28:00      Chase Cardmember Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
13997659        EDI: WFNNB.COM Feb 10 2018 01:28:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
13997664        EDI: HFC.COM Feb 10 2018 01:28:00      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
13997668        EDI: MID8.COM Feb 10 2018 01:28:00      Midland Funding LLC,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
13998260       +EDI: PRA.COM Feb 10 2018 01:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13997670        E-mail/Text: ebn@americollect.com Feb 10 2018 01:35:41      Progressive Physicians Assoc,
                 c/o Americollect Inc.,    1851 S Alverno Rd,    Manitowoc, WI 54220-9208
13997674        E-mail/Text: bankruptcy@remitcorp.com Feb 10 2018 01:35:38      Remit Corporation,
                 36 W Main St,    Bloomsburg, PA 17815-1703
13997677        EDI: RMSC.COM Feb 10 2018 01:28:00      Synchrony Bank,    attn.: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL 32896-5061
13998302       +EDI: RMSC.COM Feb 10 2018 01:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
13997678        EDI: VERIZONWIRE.COM Feb 10 2018 01:28:00      Verizon Wireless,    Attn: Correspondence Team,
                 PO Box 5029,    Wallingford, CT 06492-7529
                                                                                                TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2018
                              Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Kristin A. Ognjanovac mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kristin A. Ognjanovac** | Social Security number or ITIN **xxx–xx–7188** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–16955–ref**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Kristin A. Ognjanovac
   aka Kristen A. Joralemon

2/8/18                                                              **By the court:** Richard E. Fehling
                                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**