| | | |
|---|---|---|
| IN RE:Kristin Ognjanovac | : | IN THE UNITED STATES |
|     a/k/a Kristin A. Joralemon | : | BANKRUPTCY COURT FOR THE |
|     Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-16955-pmm |
| Kristin Ognjanovac | : | Chapter 7 |
| a/k/a Kristin A. Joralemon | : | |
| Movant | : | |
| | : | |
| Vs. | : | |
| Midland Funding, LLC | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, Michael J. McCrystal, Esquire have this 9th day of November 2021, served upon the following named persons, Notice and Motion to Reoepn, by United States Mail, Postage Prepaid and/or Via ECF:

Michael H. Kaliner, Esquire                                    Office of the US Trustee
350 S. Main Street                                                     200 Chestnut Street
STE 105                                                                     STE 502
Doylestown, PA 18901                                        Philadelphia, PA 19106

Hayt, Hayt & Landau
Attn..: Arthur Lashin, Esquire
2 Industrial Way W
STE 8
Eatontown, NJ 07724

                                                                  Respectfully Submitted,

                                                                  /s/ Michael J. McCrystal
                                                                  _____
                                                                  Michael J. McCrystal, Esquire
                                                                  2355 Old Post Road, Ste. 4
                                                                  Coplay, PA 18037
                                                                  Attorney for the Debtor