| | | |
|---|---|---|
| IN RE: Kristin Ognjanovac | : | IN THE UNITED STATES |
| a/k/a Kristin A. Joralemon | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-16955-pmm |
| Kristin Ognjanovac | : | Chapter 7 |
| a/k/a Kristin A. Joralemon | : | |
| Movant | : | |
| | : | |
| Vs. | : | |
| Midland Funding, LLC | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 9th day of November 2021, served upon the following named persons, Notice and Motion to Avoid Judicial Lien, by United States Mail, Postage Prepaid and/or Via ECF:

Michael H. Kaliner, Esquire
350 S. Main Street
STE 105
Doylestown, PA 18901

Office of the US Trustee
200 Chestnut Street
STE 502
Philadelphia, PA 19106

Hayt, Hayt & Landau
Attn..: Arthur Lashin, Esquire
2 Industrial Way W
STE 8
Eatontown, NJ 07724

Respectfully Submitted,

/s/ Michael J. McCrystal
_____
Michael J. McCrystal, Esquire
2355 Old Post Road, Ste. 4
Coplay, PA 18037
Attorney for the Debtor