| | | |
|---|---|---|
| IN RE: Kristin Ognjanovac | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 17-16955-pmm |
| | : | |

CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Avoid Judicial Lien. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.   Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 30, 2021.

    It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Lien be entered at the earliest convenience.

Dated: November 30, 2021

                                                Respectfully submitted,

                                                /S/Michael J. McCrystal

                                                _____
                                                Michael J. McCrystal, Esquire
                                                326 Main Street, STE 1
                                                Emmaus, PA 18049
                                                (610) 262-7873
                                                Attorney for the Debtor