IN RE: Kristin Ognjanovac            :      IN THE UNITED STATES
                                     :      BANKRUPTCY COURT FOR
Debtors.                             :      THE EASTERN DISTRICT OF
                                     :      PENNSYLVANIA
                                     :
                                     :      CASE No. 17-16955-pmm
                                     :


CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Reopen Case. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.   Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 30, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Reoepn Case be entered at the earliest convenience.

Dated: November 30, 2021

                              Respectfully submitted,

                              /S/Michael J. McCrystal
                              _____
                              Michael J. McCrystal, Esquire
                              326 Main Street, STE 1
                              Emmaus, PA 18049
                              (610) 262-7873
                              Attorney for the Debtor