| | | |
|---|---|---|
| IN RE: Kristin Ognjanovac | : | IN THE UNITED STATES |
| a/k/a Kristin A. Joralemon | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-16955-pmm |
| Kristin Ognjanovac | : | Chapter 7 |
| a/k/a Kristin A. Joralemon | : | |
| Movant | : | |
| | : | |
| Vs. | : | |
| | : | |
| Midland Funding, LLC | : | |
| Respondent | : | |

AND NOW, this __7th____ day of December 2021, upon consideration of the Motion to Reopen Case, the responses, if any, and after notice and opportunity to be heard, it is ORDERED:

The above captioned Chapter 7 Case shall be REOPENED to allow for the entry of the lien avoidance order;

Following entry of said order, this case shall be closed.

BY THE COURT:

*Patricia M. Mayer*
_____
United States Bankruptcy Judge