**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kristen A. Ognjanovac, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 17-16955 (PMM) |

------------------------------------------------------------------------------------

## ORDER GRANTING MOTION TO AVOID LIEN

**AND NOW** upon consideration of the Debtor's Motion (doc. no. 23, the "Motion") to Avoid Lien with Midland Funding ("Midland");

AND the Motion alleging that a 2017 judgment entered in favor of Midland in the amount of $3,247.96 (the "Lien") impairs the Debtor's exemption in property;

AND a hearing with regard to the Motion having been held and concluded on December 7, 2021;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1)   The Motion is **granted**; and

2)   The Lien of Midland Funding on real estate of the Debtor is hereby **avoided**.

*Patricia M. Mayer*

Dated: 12/7/21

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**