United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-16955-pmm

Kristin A. Ognjanovac     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Dec 07, 2021     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristin A. Ognjanovac, 1211 N Cedar Crest Blvd, Allentown, PA 18104-2832 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13997654 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13997655 | | Bath Borough Authority, 160 Mill St, Bath, PA 18014-1015 |
| 13997660 | | Ditech Financial LLC, 3000 Bayport Dr Ste 850, Tampa, FL 33607-8409 |
| 14013305 | + | Ditech Financial LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13997661 | | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13997664 | | HSBC, PO Box 5253, Carol Stream, IL 60197-5253 |
| 13997662 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 13997666 | | MDJ 03-2-08, Honorable John C. Capobianco, 136 S Main St, Nazareth, PA 18064-2015 |
| 13997667 | | MDJ-31-2-02, 3404 Hamilton Blvd, Allentown, PA 18103-4539 |
| 13997665 | | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 13997669 | | Northampton Regional EMS, PO Box 90, Danville, PA 17821-0090 |
| 13997671 | | Prothonotary, CCP-Lehigh County, Case No. 2017-N-0702, 455 Hamilton St, Allentown, PA 18101-1602 |
| 13997672 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2017-4866, 669 Washington St, Easton, PA 18042-7401 |
| 13997674 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 13997673 | | Rebecca A. Solarz, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 13997675 | | St. Luke's Physician Group, PO Box 25837, Salt Lake City, UT 84125-0837 |
| 13997676 | + | St. Lukes Hospital, attn.: Patient Accounting, 801 Ostrum St, Bethlehem, PA 18015-1065 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 08 2021 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13997653 | | Email/Text: ally@ebn.phinsolutions.com | Dec 08 2021 00:02:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 13997654 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 08 2021 00:02:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 13997657 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2021 00:01:13 | Capital One Bank USA, PO Box 30281, Salt Lake |

Case 17-16955-pmm   Doc 34   Filed 12/09/21   Entered 12/10/21 00:37:34   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 13997659 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2021 00:02:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 13997658 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2021 00:01:13 | Chase Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 13997668 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2021 00:02:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 13998260 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 08 2021 00:01:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13997670 | | Email/Text: ebn@americollect.com | Dec 08 2021 00:02:00 | Progressive Physicians Assoc, c/o Americollect Inc., 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 13998302 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2021 00:01:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13997677 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2021 00:00:01 | Synchrony Bank, attn.: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 13997678 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 08 2021 00:02:00 | Verizon Wireless, Attn: Correspondence Team, PO Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13997656 | ## | Borough of Bath, 215 E Main St, Bath, PA 18014-1597 |
| 13997663 | ## | Hayt, Hayt & Landau, LLC, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2021         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MICHAEL H KALINER | mhkaliner@gmail.com pa35@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 35 |

MICHAEL H KALINER
        on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com pa35@ecfcbis.com

MICHAEL J. MCCRYSTAL
        on behalf of Debtor Kristin A. Ognjanovac mccrystallaw@gmail.com sueparalegal@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| | | |
|---|---|---|
| IN RE: Kristin Ognjanovac | : | IN THE UNITED STATES |
| a/k/a Kristin A. Joralemon | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 17-16955-pmm |
| Kristin Ognjanovac | : | Chapter 7 |
| a/k/a Kristin A. Joralemon | : | |
| Movant | : | |
| | : | |
| Vs. | : | |
| | : | |
| Midland Funding, LLC | : | |
| Respondent | : | |

AND NOW, this __7th__ day of December 2021, upon consideration of the Motion to Reopen Case, the responses, if any, and after notice and opportunity to be heard, it is ORDERED:

The above captioned Chapter 7 Case shall be REOPENED to allow for the entry of the lien avoidance order;

Following entry of said order, this case shall be closed.

BY THE COURT:

*Patricia M. Mayer*

United States Bankruptcy Judge